**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 21-00115-WS |
| SHEEDAH MAJEEDAH CARSON | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 27) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) Two of the Indictment/Information is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **December 7, 2021, at 10:00 a.m**.

**DONE and ORDERED** this 7th day of September 2021.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE